# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BARNES, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORP., and DOES 1 Through 50, Inclusive,<br><br>　　　　　　Defendants. | Case No. 3:13-CV-00814-NC<br><br>[PROPOSED] ORDER GRANTING IN PART JOINT STIPULATION TO CONTINUE DISPOSITIVE MOTION FILING DATE<br><br>Compl. Filed:　January 4, 2013 |

Having considered the Joint Stipulation To Continue The Dispositive Motion Filing Date, filed jointly by Plaintiff Lisa Barnes and Defendant Bank of America, N.A. in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1.　That the dispositive motion cut-off, currently scheduled for January 31, 2014, be continued to ~~March 3, 2014~~ February 14, 2014.

IT IS SO ORDERED.

Dated: ___December 11, 2013___, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Nathanael M. Cousins

– 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071.

On December 11, 2013, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DISPOSITIVE MOTION FILING DATE**

On the following parties:

Christopher C. Nolan, Esq.
Brent, Fiol & Nolan LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Telephone: 415.984.0416
Facsimile: 415.373.4420
Email: cnolan@bfnlaw.com
Attorneys for Plaintiff Lisa Barnes

In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov, the foregoing document was served by CM/ECF electronic delivery.

I am employed in the office of a member of the bar at whose direction service was effected.

Executed on December 11, 2013, at Los Angeles, California.

Lisa Carpenter
Type or Print Name