Christofer C. Nolan (SBN 229542)
Joseph P. Brent (SBN 214459)
BRENT, FIOL & NOLAN LLP
One Embarcadero Center
Suite 2860
San Francisco, CA  94111
Telephone:  (415) 839-8370
Facsimile:  (415) 259-4417

Attorneys for Plaintiff
LISA BARNES

Michele J. Beilke (SBN 194098)
Marytza J. Reyes (SBN 218684)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone:   (213) 457-8000
Facsimile:  (213) 457-8080

Attorneys for Defendant
BANK OF AMERICA, N.A.
(erroneously sued as BANK OF
AMERICA CORP.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BARNES, an individual,<br><br>               Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA CORP., and DOES 1 Through 50, Inclusive,<br><br>               Defendants. | Case No. 3:13-CV-00814-NC<br><br>[Magistrate Judge Nathanael Cousins]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Compl. Filed:     January 4, 2013 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lisa Barnes and Defendant Bank of America, N.A. (collectively, the

1  "Parties"), by and through their respective counsel, hereby agree and stipulate to the
2  dismissal of the above-captioned action.
3      The entire action will be dismissed with prejudice and each of the Parties will
4  bear its own fees and costs.

6  Dated:  February 7, 2014        BRENT, FIOL & NOLAN LLP

8          By  /s/ Christofer Nolan
9             Christofer Nolan
           Attorneys for Plaintiff
10            LISA BARNES

11 Dated:  February 7, 2014        REED SMITH LLP

13         By     /s/ Marytza J. Reyes[1]
14            Marytza J. Reyes
           Attorneys for Defendant
15            BANK OF AMERICA, N.A.

18 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20 DATED:  February 7, 2014

21         Honorable Nathanael Cousins
        United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

---

[1] Pursuant to Northern District Local Rule 5-1(i)(3), filing counsel attests that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.